C. A. No. 1875. STATE *v.* RICHARD NICKERSON. Motion of state to hold filing of its brief in abeyance pending decision in *State* v. *Trivisonno* No. 1879-C.A. is granted. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

APPEAL No. 1959. PASCO DEFUSCO *v.* PETER BROPHY *et al.* Plaintiff's motion to assign case for argument granted, and case is assigned to the October calendar of 1973. *Aram K. Berberian,* for plaintiff. *Richard J. Israel,* Attorney General for defendants.

April 4, 1973.

APPEAL No. 73-63. ROBERT W. RAYMOND *v.* BURTON S. RAYMOND, JR. *et al.* Appellee's motion to dismiss the instant appeal is granted on the ground that the appeal is premature. *Eidam v. Eidam,* 108 R. I. 673, 279 A.2d 413 (1971). *Leonard A. Kamaras, Justin P. McCarthy,* for plaintiff-appellee. *Robert C. Hogan,* for defendants-appellants.

April 5, 1973.

C. A. No. 1883. STATE *v.* WILLIAM E. EATON. Motion of state to dismiss the defendant's appeal on the ground that he is a fugitive from justice is denied without prejudice to its right to renew the motion when the defendant shall again be in its custody or on or after the 1st day of October 1973, whichever shall occur first. *State* v. *Lewis,* 110 R. I. 948, 296 A.2d 120 (1972). *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *John P. Toscano, Jr.,* Asst. Public Defender, for defendant.

April 12, 1973.

M. P. No. 73-79. PILGRIM LAND DEVELOPERS, INC. *v.* ANTHONY SANTILLI *et al.* Petition for writ of certiorari granted. *Adler, Pollock & Sheehan, Edward L. Maggiacomo, John F.*

*Bomster,* for petitioner. *G. John Gazerro, Jr.,* for Intervenors; *John S. Brunero,* Town Solicitor of West Warwick, for respondents.

M. P. No. 73-97. JULIUS NESTER *v.* FRANK PAYNE d/b/a Payne's Pier. Petition for writ of certiorari denied. Order entered on April 6, 1973 granting a stay of the Superior Court order of March 5, 1973 is vacated. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for plaintiff-respondent. *Charles J. McGovern,* for defendant-petitioner.

M. P. No. 1976. JOSEPH E. GONSALVES *v.* FRANCIS A. HOWARD, *Warden.* Petitioner's motion for release on bail pending appeal as prayed is denied. *William F. Reilly,* Public Defender, *Joseph M. Hall,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

EX. No. 1739. STATE *v.* SIDNEY A. CLARK. State's motion to dismiss defendant's appeal denied. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Alton W. Wiley,* Asst. Public Defender, for defendant.

APPEAL NOS. 73-50 and 73-61. JOHN J. NORTON *v.* NICOLA PAOLINO. JAMES O'MALLEY *v.* CHARLES F. JACKSON. Appellants' motion to consolidate appeals in *Norton* v. *Paolino* No. 73-50-A. and *O'Malley* v. *Jackson* No. 73-61-A. granted as prayed. *J. Joseph Nugent,* for appellants John J. Norton and James O'Malley. *John G. Carroll,* for appellee Nicola Paolino; *Roberts & Willey, Inc., David W. Carroll,* for appellee Charles F. Jackson.

APPEAL No. 1689. THE HOUSING AUTHORITY OF THE CITY OF NEWPORT, RHODE ISLAND *v.* EDNA C. SCHULTZ. Motion of appellee, The Housing Authority of the City of Newport, State of Rhode Island, for entry of judgment and issuance of execution thereon and prompt service thereof granted as prayed.